IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

      Plaintiff,                      No. CIV S-08-0681 FCD KJM P

     vs.

ED G. PRIETO, et al.,

      Defendants.            ORDER

_____/

        Plaintiff, a Yolo County Jail prisoner proceeding pro se, has filed a civil rights action pursuant to 42 U.S.C. § 1983.  On April 14, 2008, plaintiff was directed to submit an application to proceed in forma pauperis.  Plaintiff has now filed a request to proceed in forma pauperis.  Plaintiff has not, however, filed a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint and obtained the certification required on the application form.  See 28 U.S.C. § 1915(a)(2).  Plaintiff will be provided one final opportunity to submit the completed application and the certified copy in support of his application to proceed in forma pauperis.

        Plaintiff has informed the court that he has had difficulty obtaining assistance from jail staff in obtaining the required trust account statement and certification of his in forma pauperis application.  If plaintiff does not obtain the assistance he requires so that he may

1

1 comply with this order in thirty days, plaintiff shall inform the court of the names of the jail
2 officials who have refused plaintiff assistance.

3       In accordance with the above, IT IS HEREBY ORDERED that:

4       1. Plaintiff shall submit, within thirty days from the date of this order, a certified
5 copy of his prison trust account statement for the six month period immediately preceding the
6 filing of the complaint and a fully completed application to proceed in forma pauperis.
7 Plaintiff's failure to comply with this order will result in a recommendation that this action be
8 dismissed without prejudice.

9       2. The Clerk of the Court is directed to send plaintiff a new application to
10 proceed in forma pauperis by a prisoner.

11       3. If plaintiff does not receive the assistance he requires from Yolo County Jail
12 personnel so that he may comply with this order in a timely fashion, plaintiff shall inform the
13 court of the names of the jail officials who have refused plaintiff assistance.

14 DATED: June 16, 2008.

_____
U.S. MAGISTRATE JUDGE

17 1/mp
turn0681.3e