IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANTHONY R. TURNER,

      Plaintiff,                        No. CIV S-08-0681 FCD KJM P

    vs.

ED G. PRIETO, et al.,

      Defendants.           <u>ORDER</u>

         Plaintiff is a Yolo County Jail prisoner proceeding with an action for violation of civil rights under 42 U.S.C. § 1983. On June 17, 2008, the court ordered plaintiff to complete and return an application to proceed in forma pauperis. Plaintiff indicates that jail officials have failed to assist plaintiff in the completion of the application. Good cause appearing, IT IS HEREBY ORDERED that:

         1. The Clerk of the Court is directed to send plaintiff the court's application to proceed in forma pauperis by a prisoner;

         2. Plaintiff shall complete the application and return it to the court, along with a certified copy of his jail trust account statement, within thirty days;

         3. If plaintiff cannot complete and mail his application due to the actions of jail staff, plaintiff shall submit an affidavit to the court within thirty days, signed under the penalty of

1

perjury, identifying the action he took to get his application completed and mailed, and identifying jail staff he alleges failed to perform their duty to assist plaintiff by name.

DATED: August 20, 2008.

_____
U.S. MAGISTRATE JUDGE

1
turn0681.ifp