1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   ANTHONY R.G. TURNER,

11            Plaintiff,                    No. CIV S-08-0681 FCD KJM P

12        vs.

13   ED G. PRIETO, et al.,

14            Defendants.            FINDINGS AND RECOMMENDATIONS

15   _____/

16            By an order filed July 14, 2009, plaintiff was ordered to file the required

17   certification to support his motion to proceed in forma pauperis within thirty days and was

18   cautioned that failure to do so would result in a recommendation that this action be dismissed.

19   The thirty day period has now expired, and plaintiff has not responded to the court's order.

20   Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.

21            These findings and recommendations are submitted to the United States District

22   Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

23   days after being served with these findings and recommendations, any party may file written

24   objections with the court and serve a copy on all parties.  Such a document should be captioned

25   "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections

26   shall be served and filed within ten days after service of the objections.  The parties are advised

1  that failure to file objections within the specified time may waive the right to appeal the District

2  Court's order.  Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

3  DATED: November 19, 2009.

4  _____

5  U.S. MAGISTRATE JUDGE

6  4
   turn0681.fifp

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26